State v. Tweed.

## THE STATE *vs.* TWEED.

An indictment under the 51st section of the act to regulate elections (*Nix. Dig.* 223) for unlawfully counseling and advising a person to vote, must specify the particular disability which constitutes the disqualification of the voter.

This cause came before the court in the same manner as the case of The State *v.* Moore.

The opinion of the court was delivered by

The CHIEF JUSTICE. This indictment is founded on the 51st section of the act to regulate elections. *Nix. Dig.* 223. It charges that the defendant did unlawfully counsel and advise one J. M. to give his vote, he, the said defendant, well knowing that the said J. M. was not then and there duly qualified to vote at the said election. There is no specification of the disability which constituted the disqualification of the voter. For the reasons assigned in The State *v.* Moore, the indictment is radically defective, and the Oyer and Terminer should be advised accordingly